**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-1863**

———————————

MENGYANG LI,

        Plaintiff - Appellant,

    v.

SHEPHERD UNIVERSITY,

        Defendant - Appellee.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:24-cv-00135-GMG-RWT)

———————————

Submitted:  March 12, 2026                           Decided:  March 17, 2026

———————————

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Mengyang Li, Appellant Pro Se.  Tracey Brown Eberling, STEPTOE LLP, Martinsburg, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mengyang Li appeals the district court's order granting Defendant's motion to dismiss Li's several civil claims, including his claims for discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Mengyang Li v. Shepherd Univ.*, No. 3:24-cv-00135-GMG-RWT (N.D. W. Va. June 30, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
